08-5855-cv
New v. Pelosi

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## SUMMARY ORDER

**RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.**

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 20th day of April, two thousand ten.

PRESENT:
>        WILFRED FEINBERG,
>        GUIDO CALABRESI,
>        REENA RAGGI,
>                *Circuit Judges.*

-------------------------------------------------------------------------

BRANDON NEW,
>                *Plaintiff-Appellant,*

>        v.                                                  No. 08-5855-cv

NANCY PELOSI, SPEAKER OF THE HOUSE OF
REPRESENTATIVES, DICK CHENEY, VICE
PRESIDENT OF THE UNITED STATES SENATE,
SENATE OF UNITED STATES, ALL SENATORS
AND OFFICERS, REPRESENTATIVES AND
OFFICERS AND SPEAKER OF THE HOUSE OF
REPRESENTATIVES AND U.S. REPRESENTATIVES,

>                *Defendants-Appellees.*

-------------------------------------------------------------------------

APPEARING FOR APPELLANT:        BRANDON NEW, *pro se*, New York, New York.

APPEARING FOR APPELLEES:        TARA M. LA MORTE, Assistant United States
                                Attorney (David S. Jones, Assistant United States
                                Attorney, *on the brief*), *for* Preet Bharara, United

States Attorney for the Southern District of New York, New York, New York.

Appeal from a judgment of the United States District Court for the Southern District of New York (Alvin K. Hellerstein, *Judge*).

UPON DUE CONSIDERATION IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the October 29, 2008 judgment of the district court is AFFIRMED.

Brandon New appeals pro se the dismissal of his complaint pursuant to Fed. R. Civ. P. 12(b)(6). We review such a dismissal de novo, "construing the complaint liberally, accepting all factual allegations in the complaint as true, and drawing all reasonable inferences in the plaintiff's favor." Chambers v. Time Warner, Inc., 282 F.3d 147, 152 (2d Cir. 2002). The presumption of veracity accorded factual allegations does not, however, extend to "legal conclusions." Ashcroft v. Iqbal, 129 S. Ct. 1937, 1949 (2009). Further, to survive dismissal, a complaint must state a plausible claim for relief. See id.; Harris v. Mills, 572 F.3d 66, 72 (2d Cir. 2009). In applying these standards, we assume familiarity with the facts and procedural history.

Like the district court, we conclude that New's complaint fails to state a claim upon which relief can be granted. New has not established standing to sue on behalf of any other voters, see W.R. Huff Asset Mgmt. Co., LLC v. Deloitte & Touche LLP, 549 F.3d 100, 109-10 (2d Cir. 2008), and offers no claim that his own right to vote was abridged on the basis of race or sex. Thus, he fails to allege a cognizable violation of the Fifteenth or Nineteenth Amendment. Even construed liberally as alleging a Fourteenth Amendment violation, see

2

<u>Triestman v. Fed. Bureau of Prisons</u>, 470 F.3d 471, 474 (2d Cir. 2006), New's complaint states no plausible claim for relief, <u>see</u> <u>Gray v. Sanders</u>, 372 U.S. 368, 376-81 (1963).

    Accordingly, the judgment of the district court is AFFIRMED.

                        FOR THE COURT:
                        CATHERINE O'HAGAN WOLFE, Clerk of Court